# EXHIBIT C



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KATHERINE HERNANDEZ-BARAHONA

975 Canyon Oak Loop

RICHMOND HILL, GA 31324

9590 9402 9356 5002 0823 58

2. Article Number (Transfer from service label)

89 0710 5270 1993 4342 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X katherine Hernandez
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
6/12/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

A221 003 396

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt