**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

KATHERINE SUYAPA HERNANDEZ-
BARAHONA,

      Defendant.

CIVIL ACTION NO.: 4:26-cv-27

## O R D E R

The United States of America ("Plaintiff") filed this case on February 14, 2026. (Doc. 1.) Before the Court is Plaintiff's Notice of Voluntary Dismissal, in which it states its intent to dismiss this case without prejudice. (Doc. 7.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 19th day of May, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA